UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DOROTHY SWAN,

    Plaintiff,

                                                  Civil No. 04-74873
                                                  Hon. John Feikens

    v.

COMMISSIONER OF SOCIAL SECURITY,

    Defendant.

_____/

**ORDER ADOPTING REPORT AND RECOMMENDATION**

    The parties have each filed motions for summary judgment, and Magistrate Judge Scheer recommends denying Plaintiff's motion and granting Defendant's motion. Plaintiff filed an objection to Magistrate Judge Scheer's Report and Recommendation; Defendant did not respond to Plaintiff's objection. Plaintiff's objections focus on the Administrative Law Judge's failure to give credence to certain evidence in the record, which was addressed by Magistrate Judge Scheer in his report. Because I agree with Magistrate Judge Scheer's assessment and conclusions, I ADOPT his Report and Recommendation in its entirety.

**IT IS SO ORDERED.**


Date:   March 27, 2006                                    s/John Feikens

                                                                United States District Judge

Proof of Service

I hereby certify that the foregoing order was served on the attorneys/parties of record on March 27, 2006, by U.S. first class mail or electronic means.

s/Carol Cohron
Case Manager